**SUBSTANCE ABUSE PROGRAM**

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 0 2015

CHRISTOPHER A. PRINE

CLERK

01-15-00910 thru 00913-CR

To whom it may concern,

I Drew Patterson #02530860 A Pre-Trial trial, Detainee Here @ the Harris Co Sheriff office Jail

Located @ 1200 Baker St

Houston Tx 77002

Ref. A motion for Hybrid Representation and a post Judgment Motion

During Dates of Incarceration

Aug 2013, Oct 2013 - Jan 2014

June, 3, 2014 - Present Date

in time

from Law Library Prison Unit on Several @ccassions: BUT LIBRARY PRISON UNIT NO LONGER Pocess Mations for filing

I certify and approve this MSG:

x _____

HARRIS COUNTY SHERIFF'S OFFICE JAIL

Name: _Kelly Eugene_

SPN: _00841986_  Cell: _6M14_

Street: _1200 Baker St_

Houston, Texas 77002

INDIGENT

77002=2066

MAIL RECEIVED

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 1 0 2015

CHRISTOPHER A. PRINE
CLERK

HCSO

U.S. POSTAGE >> PITNEY BOWES

ZIP 77002
02 4W
0000334684  NOV 05 2015

$ 000.48⁵

Attn: Christopher A. Prine
Clerk of the Court
Court of Appeals
First District
301 Fannin St
Houston, Texas 77002-
2066